



**ArentFox Schiff LLP**

1301 Avenue of the Americas
42nd Floor
New York, NY  10019

212.484.3900    **MAIN**
212.484.3990    **FAX**

afslaw.com

October 10, 2025

**Michelle Mancino Marsh**
Partner
212.484.3977    **DIRECT**

michelle.marsh@afslaw.com

<u>VIA ECF</u>
Hon. Dale E. Ho
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

      Re: *Great Bowery, Inc., et al v. Seminole Hard Rock Digital, LLC and Does 1-10*
      <u>Case No.: 1:25-cv-7734 (DEH) (SLC)</u>

Dear Judge Ho:

We represent Defendant, Seminole Hard Rock Digital, LLC ("SHRD" or "Defendant") in this matter and write to request a twenty one (21) day extension of Defendant's deadline for responding to the Complaint. In addition, we request an approximately twenty one (21) day adjournment of the date for the Initial Discovery Conference. Plaintiffs' attorneys consent to both requested extensions.

The deadline for Defendant SHRD's response to the Complaint is currently <u>October 14, 2025</u> and the requested extension would revise the deadline to <u>November 4, 2025</u>. This is the first requested extension for this deadline and it would not impact other scheduled dates.

The current date for the Court's Initial Discovery Conference is <u>November 12, 2025</u> and we request an extension to any available date after December 3, 2025.  This is the first requested adjournment and it would not impact other scheduled dates.

There is good cause for the adjournments because the parties have begun negotiating settlement, and the additional time will allow the parties to continue their negotiations and potentially resolve the dispute without use of the Court's resources.  Also, as noted above, Plaintiffs' counsel consent to these adjournments.

**Smart In
Your World®**



October 10, 2025
Page 2

We thank the Court for its time and consideration.

Respectfully,

Michelle Mancino Marsh
Ariel Peikes
ArentFox Schiff LLP
1301 Avenue of the Americas, 42nd Floor
New York, NY 10019
Tel.: (212) 457-5442
Email: michelle.marsh@afslaw.com
ariel.peikes@afslaw.com

*Attorneys for Defendant Seminole Hard Rock Digital, LLC*

Cc: All counsel of record (via ECF)

MMM/ASP

Application **GRANTED**. Defendant Seminole Hard Rock Digital, LLC shall file a response to the Complaint no later than November 4, 2025. The Initial Discovery Conference scheduled for November 12, 2025 is **ADJOURNED** until December 17, 2025 at 11 a.m. by telephone. The parties should dial in by calling (646) 453-4442 and entering the Phone Conference ID 60888222, followed by the pound (#) sign. **SO ORDERED.** The Clerk of Court is respectfully directed to terminate ECF No. 11.

Dated: October 14, 2025
New York, New York

Dale E. Ho
United States District Judge